UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-0019 BLF |
| Plaintiff, | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| v. | |
| BONIFASCIO LIMON, | |
| Defendant. | |

On July 20, 2018, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

1. a Smith & Wesson .357 caliber revolver bearing serial number AJK8427;

2. any ammunition loaded in that firearm, including six rounds of Sig Sauer brand .357 caliber ammunition bearing head stamp "Sig 357 MAG;"

3. forty-five additional rounds of Sig Sauer brand .357 caliber ammunition bearing head stamp "Sig 357 MAG;" and

4. five rounds of Remington brand .223 caliber "FC" rifle rounds with orange tips, pursuant to Title 18, United States Code, Section 924(d)(1).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: September 26, 2018

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge